# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

LARRY EVANS,

    Plaintiff,

v.                                                              Case No: 5:23-cv-557-JSM-PRL

DON MILAM TOWING, LLC,

    Defendant.

_____

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Approval of FLSA Settlement (Dkt. 27). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of FLSA Settlement (Dkt. 27) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of May, 2024.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record